**Opinion issued March 26, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-01009-CV

———————————

## GRAYCO COMMUNICATIONS, L.P., GRAYCO-G.P., INC., AND GRAYCO CABLE SERVICES, INC., Appellants

## V.

## STEVEN THOMAS, Appellee

---

### On Appeal from the 234th Judicial District Court
### Harris County, Texas
### Trial Court Cause No. 2012-46850

---

### MEMORANDUM OPINION

Appellants, Grayco Communications, L.P., Grayco-G.P., Inc., and Grayco Cable Services, Inc., have filed a voluntary motion to dismiss their appeal because they no longer wish to prosecute this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

Although there is no certificate of conference, the motion has been on file with the Court for more than 10 days and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2). No other party has filed a notice of appeal and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Bland, and Massengale.